Lee Iglody
NV Bar No. 7757
Iglody Law
2580 St Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: 702-425-5366
lee@iglody.com

Racheal Williams
Florida Bar No.: 123966
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com
RWilliams@mineolaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS LONGHINI, an individual, and ACCESS 4 ALL, INC., a Florida not-for-Profit Corporation,<br><br>Plaintiffs,<br>vs.<br><br>NP DURANGO LLC, a Nevada corporation,<br><br>Defendant. | **Case No.:** 2:26-cv-01847-APG-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST)** |

Plaintiffs, DOUGLAS LONGHINI, (hereinafter “Longhini”), and ACCESS 4 ALL, INC., on behalf of all other similarly situated mobility-impaired individuals (hereinafter “Access”) (collectively hereinafter “Plaintiffs”), and Defendants, NP DURANGO LLC, a Nevada corporation (hereinafter “Defendant”) (“Plaintiffs” and “Defendant” together are the

"Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows ("Stipulation"):

WHEREAS, Defendant filed its Motion to Dismiss Plaintiffs' Complaint on July 16, 2026 [DE 11].

WHEREAS, Plaintiffs' Response to Defendants' Motion to Dismiss is due on due on July 29, 2026.

WHEREAS, Plaintiffs' counsel is dealing with a personal family matter and is in need of time to consult with Plaintiffs' expert as to the details of the allegations in the Motion to Dismiss to be able to fully and adequately respond to the Motion.

WHEREAS, Defendants have granted Plaintiffs an extension of 14 days to respond to the Complaint, through August 13, 2026.

WHEREAS, all parties agree this is their first extension;

WHEREAS, there are no other deadlines affected by this stipulation presently known to the parties; and,

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, all parties hereby stipulate and agree that Plaintiffs shall have up through and including August 13, 2025, in which to file their response to the Motion to Dismiss.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

DATED: July 30, 2026

**THE MINEO SALCEDO LAW FIRM, P.A.**

*/s/ Racheal Williams*

Racheal Williams, Esq., Florida Bar #123966
5600 Davie Road
Davie, Florida 33314
*Attorneys for Plaintiffs Douglas Longhini and Access 4 All, Inc.*

**SEMENZA RICKARD LAW**

*/s/ Katie L. Cannata*

Lawrence Semenza, III, Esq., Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
*Attorneys for Defendant NP Durango LLC*

**IGLODY LAW**

*/s/ Lee Iglody*

Lee Iglody, Esq., Nevada Bar #7757
2580 St Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiffs Douglas Longhini and Access 4 All, Inc.*

IT IS SO ORDERED:

Dated: July 31, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE